1  RICHARD R. TERZIAN, (SBN 30300)
   E-mail: rterzian@bwslaw.com
2  KRISTIN A. PELLETIER, (SBN 155378)
   E-mail: kpelletier@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600
5  Fax: 213.236.2700

6  CRISTINA L. TALLEY, CITY ATTORNEY
   MOSES W. JOHNSON IV, ASSISTANT CITY ATTORNEY SBN 118769
7  E-mail: mjohnson@anaheim.net
   200 S. Anaheim Boulevard, Suite 356
8  Anaheim, CA 92805
   Tel: 714-765-5169
9  Fax: 714-765-5123

10 Attorneys for Defendant
   CITY OF ANAHEIM

11

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16 RENEE ALEXANDER, individually,        )  Case No. SACV 09-0069 DOC
   and as Successor in Interest to JULIAN )  (RNBx)
17 CARTER ALEXANDER, deceased,           )
   and M.A., a minor, individually, by    )
18 and through her Guardian Ad Litem,     )
   RENEE ALEXANDER,                       )
19                                        )  PROTECTIVE ORDER RE:
                 Plaintiffs,              )  CONFIDENTIAL INFORMATION
20                                        )
   v.                                     )
21                                        )
   CITY OF ANAHEIM, and DOES 1            )
22 through 10, inclusive,                 )
                                          )
23 Defendant.                             )

24

25

26

27

28
                            1
   [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION
   LA #4840-3200-8452 v1

1     IT IS HEREBY ORDERED that the Stipulation for Protective Order Re
2 Confidential Information executed by the parties shall apply to and govern the
3 production of Confidential Information in this action.

4

5

6

7 Dated: August 19, 2009   _____

8                                         Hon Robert N. Block
9                                  United States Magistrate Judge

10

11

12 Submitted by:
13 Burke, Williams, & Sorensen, LLP

14 By: _____/S/_____
15           Kristin A. Pelletier
16           Attorneys for Defendant City of Anaheim

17

18

19

20

21

22

23

24

25

26

27

28
                                      2
                  [PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL INFOMRATION
LA #4840-3200-8452 v1