JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 09-0069-DOC(RNBx)        Date   February 12, 2010

Title   RENEE ALEXANDER, ET AL v CITY OF ANAHEIM, ET AL

| Present: The Honorable | DAVID O. CARTER | |
|---|---|---|
| Kristee Hopkins | NONE PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings:   (In Chambers)   ORDER DISMISSING CONSOLIDATED CASE


    On September 8, 2009, this matter was consolidated into case CV08-8596-DOC(ANx): Jerry Alexander v City of Anaheim, et. al.

    Accordingly, the Court orders the above-entitled action dismissed.


                                                                                                  :    0

Initials of Preparer    kh